AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Elena Sefansky,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   04-CV-1508 (DSD/SRN)

United States of America, doing business as
United States Postal Service,

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's motion to dismiss [Docket No. 4] is granted.

March 29, 2005

RICHARD D. SLETTEN, CLERK

Date

s/Jenny Beck

(By)                           Jenny Beck,   Deputy Clerk

Form Modified:  09/16/04